# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131766

CLAIRE J. RYCKMAN, and BLAINE H.
RYCKMAN,
        Plaintiffs-Appellants,

v

RONALD T. BARROWS, and
KIMBERLY STOVER-BARROWS,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131766
COA: 259620
Wayne CC: 03-322652-CH

On order of the Court, the application for leave to appeal the June 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk